IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | HEATH E. BAILEY | ) | CHAPTER 7 |
| | JANET L. BAILEY | ) | |
| | Debtor | ) | NO. 17-bk-01361-RNO |
| | WOODCREST HILLS, LP | ) | |
| | by and through its agent, | ) | |
| | DePaul Management Company | ) | |
| | vs. | ) | |
| | | ) | |
| | HEATH E. BAILEY | ) | |
| | JANET L. BAILEY | ) | |
| | Debtors, | ) | |
| | and | ) | |
| | | ) | |
| | STEVEN M. CARR, | ) | |
| | Trustee | ) | |

**CERTIFICATION OF NON-CONCURRENCE**

I, John R. K. Solt, Esquire, counsel for Woodcrest Hills, LP, hereby certify that I sought concurrence of counsel for the Debtors and the Trustee to the Motion of Woodcrest Hills, LP for Stay Relief filed in the above case on June 1 2017, and their concurrence was not obtained.

JOHN R. K. SOLT, P.C.

Dated: June 21, 2017          BY:  /s/John R. K. Solt, Esquire
                                   John R. K. Solt, Esquire
                                   2045 Westgate Dr., Suite 404B
                                   Bethlehem, PA 18017
                                   610-865-2465 – Phone
                                   610-691-2018 - Fax